UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TIMOTHY CLABOUGH,<br><br>    Plaintiff,<br><br>V.<br><br>SEVIER COUNTY TENNESSEE, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:13-109-KKC<br><br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\*

In accordance with the order entered on June 24, 2013 and the order entered contemporaneously with this Judgment, the Court **ORDERS AND ADJUDGES** that:

1. The plaintiff's claims against Robert M. Maughon and First Medical Family Medical Center are **DISMISSED WITH PREJUDICE**;

2. The plaintiff's constitutional claims brought pursuant to § 1983 against Sevier County Tennessee, Larry Waters, and Ronald L. Seals are **DISMISSED WITH PREJUDICE**;

3. The plaintiff's state-law tort claims brought against Sevier County Tennessee, Larry Waters, and Ronald L. Seals are **DISMISSED WITHOUT PREJUDICE**;

4. This action is **STRICKEN** from the Court's active docket; and

5. This judgment is **FINAL** and **APPEALABLE**; and

Dated this 24th day of March, 2014.

*Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY